IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC. | ) | |
| | ) | |
| v. | ) | No. 3:01-0916 |
| | ) | JUDGE CAMPBELL |
| CRITED MUSIC, INC., ET AL. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered March 28, 2006 (Docket No. 153), Plaintiff's Objections to Report and Recommendation of the Magistrate Judge Regarding Summary Judgment (Docket No. 157), and Objections of Defendant Universal-Songs of Polygram International, Inc. to Report & Recommendation Re Motion for Summary Judgment (Docket No. 158). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

The objections (Docket Nos. 157 and 158) are OVERRULED, and the Report and Recommendation (Docket No. 153) is ADOPTED and APPROVED.

Accordingly, Motion of Defendant Universal-Songs of Polygram International, Inc. for Summary Judgment (Docket No. 112) is GRANTED in part and DENIED in part. The Court orders as follows:

Defendant's motion on the ground of laches is denied.

Defendant's motion on the ground of statute of limitations for any claims of copyright infringement and derivative claims for declaratory relief, an accounting and injunctive relief accruing prior to May 4, 1998 is granted.

Defendant's motion on the ground of statute of limitations for any claims of copyright infringement and derivative claims for declaratory relief, an accounting and injunctive relief accruing after May 4, 1998 is denied.

Plaintiff shall file with the Court by May 12, 2006 a notice of infringing works still viable in this matter in view of the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

*Todd Campbell*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE